IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY J. FOSTER     PLAINTIFF

vs.     Civil No. 4:07-cv-04069

MICHAEL J. ASTRUE     DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 26th day of August 2008, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE